IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**BRYAN D. HAZLEY,**

    **Plaintiff,**

**v.**                                                            Case No. 5:25-cv-62-AW-MJF

**SERGEANT STEPHEN KIRK,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

After Plaintiff failed to accurately disclose his litigation history as the local rules require and as the magistrate judge directed, the magistrate judge issued a report and recommendation concluding dismissal without prejudice is appropriate. ECF No. 14. Plaintiff filed no objection. Having carefully considered the matter, I agree with the magistrate judge. I now adopt the report and recommendation and incorporate it into this order.

Dismissal is appropriate when, as here, a plaintiff did not comply with filing requirements. *See McNair v. Johnson*, 143 F.4th 1301, 1308 (11th Cir. 2025) ("Dismissal without prejudice was an appropriate exercise of the district court's inherent authority to manage its docket and enforce the local rules. [Plaintiff] violated the local rules by failing to disclose his full litigation history, as required by the duly adopted standard complaint form.").

1

This dismissal is without prejudice, and I note there is no indication that the statute of limitations has run. The operative complaint alleges conduct from 2024.

The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with a court order and local rules." The clerk will then close the file.

SO ORDERED on August 18, 2025.

s/ *Allen Winsor*
Chief United States District Judge